UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MICHAEL W. STEWART,** | ) |
| Petitioner, | ) No. CV 06-3718 DSF (AJW) |
| v. | ) |
| **WARDEN, CSP,** | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondents. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court notes the following changes:

p. 11, lns. 23-4: the subsequent history for Butler v. Curry is now "cert. denied, 129 S. Ct. 767 (2008)";

p.12:2: "548" should be "528."

The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: 2/17/09

*Dale S. Fischer*
_____
Dale S. Fischer
United States District Judge