# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL WAYNE STEWART,** | ) Case No. CV 06-3718-DSF (AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| **WARDEN, CSP,** | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 2/17/09

*Dale S. Fischer*

_____
Dale S. Fischer
United States District Judge